**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ANTHONY TEDERIAN WALKER, JR.,**

**Plaintiff,**

**v.** **Case No.: 3:25cv1910/MCR/ZCB**

**CIARA CHANNEL WILLIAMS, et al.,**

**Defendants.**
**_______________________/**

**ORDER**

The magistrate judge issued a Report and Recommendation on April 13, 2026. (Doc. 22). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 22) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to provide the Court with his current mailing address.

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**